JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD VALUE INTERNATIONAL TEXTILE, INC., <br><br>Plaintiff,<br><br>v.<br><br>US TRENDY, INC.; et al.,<br><br>Defendants. | Case No.: 2:16-CV-05865-RSWL-KS<br>*Hon. Ronald S. W. Lew Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS REMAINDER OF ACTION WITHOUT PREJUDICE** |

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The remainder of this action is hereby dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. The parties will each bear their respective costs and attorneys' fees.

SO ORDERED.

Dated: 3/13/2018          By: s/ RONALD S.W. LEW
                              HONORABLE RONALD S. W. LEW
                              UNITED STATES DISTRICT JUDGE

1